**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___25-cr-80107-Middlebrooks/Matthewman___

**8 U.S.C. § 1326(a)**

UNITED STATES OF AMERICA

vs.

**OVIDIO DE LEON-DIAZ,**
 **a/k/a "Ovidio Nolasco-Diaz,"**

 **Defendant.**
_____/

FILED BY____TM____D.C.

**Jul 3, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**INDICTMENT**

The Grand Jury charges that:

On or about June 22, 2025, in Palm Beach County, in the Southern District of Florida, the

defendant,

**OVIDIO DE LEON-DIAZ,**
**a/k/a "Ovidio Nolasco-Diaz,"**

an alien, having been previously removed and deported from the United States on or about March 9, 2016,

was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United

States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3)

and 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United

States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

_____ for
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_Shannon O'Shea Darsch_
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    CASE NO.: _____

v.

OVIDIO DE LEON-DIAZ,                            **CERTIFICATE OF TRIAL ATTORNEY**
    a/k/a "Ovidio Nolasco-Diaz,"
_____/             **Superseding Case Information:**
                Defendant.                     New Defendant(s) (Yes or No) _____
**Court Division** (select one)                Number of New Defendants _____
    ☐ Miami    ☐ Key West    ☐ FTP             Total number of new counts _____
    ☐ FTL      ☑ WPB

I do hereby certify that:
  1.   I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable
       witnesses and the legal complexities of the Indictment/Information attached hereto.
  2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting
       their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

  3.   Interpreter: (Yes or No) Yes___
       List language and/or dialect: Spanish _____

  4.   This case will take ___3___ days for the parties to try.
  5.   Please check appropriate category and type of offense listed below:
       (Check only one)                        (Check only one)
       I    ☑  0 to 5 days                      ☐ Petty
       II   ☐  6 to 10 days                     ☐ Minor
       III  ☐  11 to 20 days                    ☐ Misdemeanor
       IV   ☐  21 to 60 days                    ☑ Felony
       V    ☐  61 days and over

  6.   Has this case been previously filed in this District Court? (Yes or No) No___
       If yes, Judge _____ Case No. _____
  7.   Has a complaint been filed in this matter? (Yes or No) Yes___
       If yes, Judge William Matthewman _____ Magistrate Case No. 25-mj-8337-WM _____
  8.   Does this case relate to a previously filed matter in this District Court? (Yes or No) No___
       If yes, Judge _____ Case No. _____
  9.   Defendant(s) in federal custody as of _____
  10.  Defendant(s) in state custody as of _____
  11.  Rule 20 from the _____ District of _____
  12.  Is this a potential death penalty case? (Yes or No) No___
  13.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office
       prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No___
  14.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez
       during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No___
  15.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira
       Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No___
  16.  Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo
       during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No___

                                    By: _Shannon O'Shea Darsch_____
                                        SHANNON O'SHEA DARSCH
                                        Assistant United States Attorney
                                        FL Bar No.            68566

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Ovidio De Leon-Diaz a/k/a "Ovidio Nolasco-Diaz"

**Case No**: _____

Count #: 1

Illegal re-entry into the United States after deportation or removal

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment**:   up to 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** up to 1 year
* **Max. Fine:** up to $250,000
* **Special Assessment:** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**